**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,
for the use of NORTHSTAR
FOUNDATIONS, INC., and
NORTHSTAR FOUNDATIONS, INC.,**

      Plaintiffs,

v.                                                             **CIVIL ACTION NO. 3:13-CV-2
(JUDGE GROH)**

**SATTERFIELD & PONTIKES
CONSTRUCTION, INC.; WESTERN
SURETY COMPANY; LIBERTY MUTUAL
INSURANCE COMPANY; LIBERTY MUTUAL
GROUP, INC.; and JOHN DOE, unknown
officer, director, or managing agent of
Satterfield & Pontikes Construction, Inc.,**

      Defendants.

## **ORDER OF DISMISSAL**

On June 19, 2013, this Court stayed this matter pending mandatory mediation and/or arbitration. On March 27, 2014, the Plaintiffs filed a motion and application to confirm the arbitrator's award. This motion averred that the parties received an arbitration award on March 5, 2014. Because the parties completed arbitration, the Court lifted the stay on April 1, 2014. On April 16, 2014, the Plaintiffs filed a motion to withdraw their motion and application to confirm the arbitrator's award. The Court granted this motion. On April 21, 2014, the parties filed a stipulation of dismissal, stipulating to the dismissal with prejudice of all of the claims raised in this proceeding and the complaint.

Because the parties completed arbitration and informed this Court that they

stipulate to the dismissal with prejudice of all claims in this case, the Court hereby **DISMISSES** this case **WITH PREJUDICE**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED:** April 24, 2014.

GINA M. GROH
UNITED STATES DISTRICT JUDGE